IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JARED HICKLE,**

    **Plaintiff,**

v.

Case No. 2:15-cv-3068
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Kimberly A. Jolson**

**AMERICAN MULTI-CINEMAS, INC.,**

    **Defendant.**

## OPINION AND ORDER

This matter came before the Court on September 14, 2018 for a settlement conference. As discussed, the parties agree to continue negotiations pertaining to appeal matters. Counsel is **DIRECTED** to contact the Court with a decision by Wednesday September 19, 2018.

**IT IS SO ORDERED.**

\_\_\_9-14-2018_____
**DATED**

_____
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT CHIEF JUDGE**