UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JARED HICKLE,

    Plaintiff,

v.

AMERICAN MULTI-CINEMAS, INC.,

    Defendant.

Case No. 2:15-cv-3068
JUDGE EDMUND A. SARGUS, JR.

## JURY VERDICT FORM
## FOR USERRA AND OHIO LAW CLAIMS

1. Do you find in favor of Plaintiff Jared Hickle on his discrimination claim against American Multi-Cinemas, Inc?

    Yes: _____
    No: __X__

Continue to the next page

2. Do you find in favor of Plaintiff Jared Hickle on his retaliation claim against American Multi-Cinemas, Inc?

   Yes: _____
   No:  __X__

If your answer "Yes" to Question 1, 2, or both, then answer the next question.
If your answer "No" to both Question 1 and 2, do not answer any further questions.

Continue to the next page (if applicable)

3. If you find in favor of Jared Hickle on his discrimination claim, retaliation claim, or both, to what damage is the plaintiff entitled?

_____ Back pay (insert amount)

_____ Emotional Harm (insert amount)

(All must agree)

_____    _____

_____    _____

_____    _____

_____

Continue to the next page

4. Do you find by a preponderance of the evidence that the action of AMC to terminate Mr. Hickle because of his membership or obligation for service in a uniformed service was willful as defined on page 27 in the Court's Instructions?

>   Yes:_____
>   No: _____

(All must agree)

_____    _____

_____    _____

_____    _____

End Page