# UNITED STATES DISTRICT COURT
for the
__Southern__ District of __Ohio__

| | |
|---|---|
| Jared Hickle,<br>*Plaintiff*<br>v.<br>American Multi-Cinemas, Inc.,<br>*Defendant* | )<br>)<br>)  Civil Action No.  2:15-cv-3068<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:  Jury verdict returned in favor of Defendant on all counts.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:  05/17/2021

CLERK OF COURT

*Christi M. Werro* (signature)

Signature of Clerk or Deputy Clerk